JOHN P. KRISTENSEN (SBN 224132)
DAVID L. WEISBERG (SBN 211675)
MATTHEW T. HALE (SBN 303826)
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: (310) 507-7924
Fax: (310) 507-7906

W. CRAFT HUGHES (PRO HAC VICE PENDING)
JARRETT L. ELLZEY (PRO HAC VICE PENDING)
**HUGHES ELLZEY, LLP**
Galleria Tower I
2700 Post Oak Boulevard, Suite 1120
Houston, Texas 77056
Telephone: (713) 544-2377
Fax: (888) 995-3335

LEIGH K. RICHART (SBN 287697)
**LATHAM & WATKINS LLP**
10250 Constellation Boulevard, Third Floor
Los Angeles, California 90067
Telephone: (424) 653-5500
Facsimile: (424) 653-5501

MARK S. MESTER (PRO HAC VICE)
KATHLEEN P. LALLY (PRO HAC VICE)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-976

*Attorneys for Plaintiff and Defendants*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RAMONA HASANZADEH, on behalf of herself and all others similarly situated,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>JOHN C. HEATH, ATTORNEY AT LAW, PLLC dba LEXINGTON LAW FIRM; and DOES 1 through 20, inclusive, and each of them,<br>　　Defendant. | Case No. 5:15-cv-02617-MWF-DTB<br><br>**STIPULATION FOR DISMISSAL**<br><br>Assigned to the Honorable Michael W. Fitzgerald<br><br>Complaint filed: December 22, 2015 |

**STIPULATION FOR DISMISSAL**
-1-

## STIPULATION FOR DISMISSAL

The parties in the above-entitled action hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the claims of Plaintiff Ramona Hasanzadeh be dismissed with prejudice as to her individual claims, without prejudice as to her proposed class claims and without fees or costs to any party. Although this case was filed as a class action, no class has been certified, and court approval of this dismissal is therefore not required under Fed. R. Civ. P. 23(e).

Dated: July 22, 2016               Respectfully submitted,

By:     /s/ John P. Kristensen
JOHN P. KRISTENSEN (SBN 224132)
*john@kristensenlaw.com*
DAVID L. WEISBERG (SBN 211675)
*david@kristensenlaw.com*
MATTHEW T. HALE (SBN 303826)
*matt@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: (310) 507-7924
Fax: (310) 507-7906

W. CRAFT HUGHES (PRO HAC VICE PENDING)
*craft@hughesellzey.com*
JARRETT L. ELLZEY (PRO HAC VICE 5/9/2016)
*jarrett@hughesellzey.com*
**HUGHES ELLZEY, LLP**
Galleria Tower I
2700 Post Oak Boulevard, Suite 1120
Houston, Texas 77056
Telephone: (713) 544-2377
Fax: (888) 995-3335

Attorneys for Plaintiff
RAMONA HASANZADEH

## LOCAL RULE 5-4.3.4.(A)(2)(I)

I, John P. Kristensen, attest that Defendant's Counsel, Kathleen P. Lally, concurs in this filing's content and authorizes the filing of this Stipulation for Dismissal.

Dated: July 22, 2016                    Respectfully submitted,

By:  /s/ John P. Kristensen
JOHN P. KRISTENSEN (SBN 224132)
*john@kristensenlaw.com*
DAVID L. WEISBERG (SBN 211675)
*david@kristensenlaw.com*
MATTHEW T. HALE (SBN 303826)
*matt@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: (310) 507-7924
Fax: (310) 507-7906

W. CRAFT HUGHES (PRO HAC VICE PENDING)
*craft@hughesellzey.com*
JARRETT L. ELLZEY (PRO HAC VICE 5/9/2016)
*jarrett@hughesellzey.com*
**HUGHES ELLZEY, LLP**
Galleria Tower I
2700 Post Oak Boulevard, Suite 1120
Houston, Texas 77056
Telephone: (713) 544-2377
Fax: (888) 995-3335

Attorneys for Plaintiff
RAMONA HASANZADEH

**STIPULATION FOR DISMISSAL**
-2-